MOLLIE COHEN et al. v. JOHN GILBERT et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellants John Gilbert and Carrie Lindsay procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

MOLLIE COHEN et al. v. JOHN GILBERT et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960 with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

SEMINOLE OIL & GAS CORPORATION v. HARRY D. MENCHER et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 25, 1960, with notice of argument for September 6, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

MATILDA GALLAGHER v. GORMAN PARK GARDENS, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

EDYTHE D. FLANDER v. ROLLAND W. FLANDER et al.— Motion for stay granted and the assessment of damages is stayed pending determination of the appeal, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

LUDMILLA HUNTER v. ALLAN B. HUNTER et al.— Motion granted insofar as to extend appellant's time to answer until 10 days after the determination of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

In the Matter of the CITY OF NEW YORK, Appellant, Relative to acquiring title to Real Property for Lincoln Square Slum Clearance Project in the City of New York. AMERICAN ICE COMPANY, Respondent.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

EASTVIEW v. EDWARD A. LASHINS, INC., et al. 430 REALTY COMPANY v. EDWARD A. LASHINS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.